**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 99-6885

—————————

LEROY JONES,

Plaintiff - Appellant,

versus

DOCTOR JOHNSON; DOCTOR MICKEY; PAT CHAVIS;
PRENETTE O. DEESE,

Defendants - Appellees,

and

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; JOHN
DOE,

Defendants.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, District
Judge.  (CA-98-550-5-BOF)

—————————

Submitted:  October 7, 1999        Decided:  October 14, 1999

—————————

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Leroy Jones, Appellant Pro Se. William Dale Talbert, Assistant Attorney General, Raleigh, North Carolina; Dana Hefter Davis, Raleigh, North Carolina; Joseph C. Moore, III, ALLEN & MOORE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Jones appeals the district court's order granting summary judgment in favor of the Appellees on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. NCDOC, et al., No. 5:98-CT-550-BOF (E.D.N.C. June 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED